UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 04-1615

IN RE: ERIE FORGE & STEEL, INC.,
Debtor

HOURLY EMPLOYEES/RETIREES OF DEBTOR,
Appellants

v.

ERIE FORGE & STEEL INC.; PASCARELLA & WILKER, LLP; THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS;
THE UNITED STEEL WORKERS OF AMERICA
Appellees

On Appeal from the United States District Court for the
Western District of Pennsylvania
(Civil Action No. 02-cv-00233E)
District Judge: Hon. Sean J. McLaughlin

Argued: January 18, 2005

Before: Alito, McKee, Smith, *Circuit Judges*

JUDGMENT

This cause came to be heard on the record from the United States District Court for

the Western District of Pennsylvania and was argued by counsel on January 18, 2005.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this

Court that the Order of the said District Court entered on February 2, 2004 dismissing

appellants' appeal is affirmed.

Costs taxed against Appellants.

All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*

Clerk

Dated: August 9, 2005

Cost taxed in favor of Appellees:

```
     Appellee's Brief...$71.40
          Sales Tax....$7.50
Supplemental Appendix....$113.94
    Appellee's Brief...$283.41
          Sales Tax...$30.91
          ================
        Total .........$504.66
```

Certified as a true copy and issued in lieu

of a formal mandate on September 14, 2005

Teste: *Marcia M. Waldron*

Clerk, United Stated Court of Appeals

for the Third Circuit